# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

# JS-6

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | SACV 18-01947-AG (ADSx) | Date | March 1, 2019 |
| Title | Matthew Verdiglione v. 930 16th, LLC et al | | |

Present: The Honorable  ANDREW J. GUILFORD, UNITED STATES DISTRICT JUDGE

| Melissa Kunig | None Reported | _____ |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:** **(IN CHAMBERS) ORDER DISMISSING ACTION ON STIPULATION OF DISMISSAL WITH PREJUDICE**

The Court, having been advised that this action has been resolved by a Stipulation for Dismissal [17], hereby orders this action dismissed WITH PREJUDICE. The Court hereby orders all proceedings in the case vacated and taken off calendar.

                                                                    -     :     -

                                        Initials of Deputy Clerk    mku